# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2015

## NO. 03-13-00113-CV

**Texas Commission on Environmental Quality and Republic Waste Services of Texas, Ltd., Appellants**

**v.**

**The City of Aledo and the City of Willow Park, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on January 24, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming the Commission's final order and issuance of permit No. 2009-2058-MSW. The City of Aledo and the City of Willow Park shall pay all costs relating to this appeal, both in this Court and the court below.